# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | DOCKET NO. 3:23-CR-12(TES) |
| **CACHET ROBERTS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER TO DISMISS INDICTMENT

Before the Court is the United States' motion to dismiss the above-styled Indictment as to Defendant Cachet Roberts pursuant to Federal Rule of Criminal Procedure 48(a) due to the death of the Defendant. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant Cachet Roberts be DISMISSED.

**SO ORDERED**, this __18th__ day of December, 2023.

  s/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**